L. Timothy Fisher (*pro hac vice*)
Yeremey Krivoshey (*pro hac vice*)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JOHN HORANZY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VEMMA NUTRITION COMPANY and YIBING WANG,<br><br>Defendants. | Case No. CV-15-298-PHX-JJT<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Honorable John J. Tuchi |

Plaintiff John Horanzy ("Plaintiff") and Defendants Vemma Nutrition Company and Yibing Wang ("Defendants"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendants with prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted this 20th day of September, 2016.

**BURSOR & FISHER, P.A.**

By:   *s/ Yeremey Krivoshey*

    L. Timothy Fisher (*pro hac vice*)
    Yeremey Krivoshey (*pro hac vice*)

*Attorneys for Plaintiff*

**COPPERSMITH BROCKELMAN PLC**

By   *s/ Keith Beauchamp (w/ permission)*

    Kent Brockelman
    Keith Beauchamp
    Shelley Tolman

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

_Debbie Schroeder_
Debbie Schroeder

2